John J. PLAZIAK

v.

John J. MORAN.

No. 82–225–A.

Supreme Court of Rhode Island.

March 3, 1983.

C.V. Fay, Cranston, for plaintiff.

Stephen Robinson, Providence, for defendant.

## ORDER

The plaintiff's motion to affirm the judgment of the Superior Court pursuant to Rule 16(g) is granted.